**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------ x
UNITED STATES OF AMERICA,      :

      -against-                :

                                        :

**REDINAL DERVISHAJ, a/k/a "Redi,"** :
**BESNIK LLAKATURA, a/k/a "Besi" and** :
**"Nick," AND DENIS NIKOLLA, a/k/a** :
**"Deni" and "Nache,"** :

                  :

                 **Defendants.** :

                  :
------------------------------------------------------ x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 26 2015 ☆

BROOKLYN OFFICE

**MEMORANDUM & ORDER**

13-CR-668 (ENV)

**VITALIANO, D.J.**

On June 17, 2015, the Court granted defendants' request to utilize a written jury questionnaire, and, after reviewing the parties' suggested questions, adopted a proposed written jury questionnaire for the parties' consideration. *United States v. Dervishaj*, No. 13-CR-668, 2015 WL 3794803, at *2 (E.D.N.Y. June 17, 2015). The parties were also directed to file any objections or requests for modifications to the Court's proposed written jury questionnaire by June 24, 2015. *Id.* Only the government requested modification of the Court's proposed questionnaire. (Gov't Letter, ECF No. 91).

Following its review of the government's submission, the Court has modified its proposed questionnaire to the extent reflected in the attached

1

final form of the written jury questionnaire. A copy of the written

questionnaire hereby adopted by the Court to be used in connection with the

selection of a jury for the trial of this case shall be transmitted to the Jury

Clerk for processing. The Case Manager will advise the parties of the dates

selected by the Jury Clerk for the questionnaires to be completed and

submitted by the venire and the dates set for counsels' review of those

completed forms. It is anticipated that those events will take place the week

prior to trial, that is the week beginning October 26, 2015. Counsel are

further directed to submit the names of those to be identified in Attachment A

no later than October 12, 2015.


      So Ordered.


Dated:      Brooklyn, New York
              June 25, 2015

                                    s/Eric N. Vitaliano

                                ERIC N. VITALIANO
                                United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- x
UNITED STATES OF AMERICA,     :
     :
   -against-     :
     :    <u>JURY QUESTIONNAIRE</u>
REDINAL DERVISHAJ, a/k/a "Redi,"   :
BESNIK LLAKATURA, a/k/a "Besi" and  :    13-CR-668 (ENV)
"Nick," AND DENIS NIKOLLA, a/k/a  :
"Deni" and "Nache,"     :
     :
      Defendants.  :
     :
------------------------------------------------------- x

# UNITED STATES DISTRICT JUDGE ERIC VITALIANO

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK

JUROR # _____

THE ANSWERS TO THE QUESTIONS ON THIS PAGE WILL BE DISCLOSED ONLY TO
THE APPROPRIATE COURT PERSONNEL AS DIRECTED BY THE PRESIDING JUDGE

The Questionnaire itself has been stripped of any information that can identify the person
answering it.

Please print the following information:

Name: _____

Home Address: _____

_____

_____

Home Phone: _____

Mobile Phone: _____

Job & Department: _____

_____

Business Address: _____

_____

_____

Business Phone (Including Extensions): _____

I hereby certify that the foregoing information, and all of the answers in this questionnaire, are
true, correct, and complete to the best of my knowledge.

_____
SIGNATURE

Date: _____

JUROR # _____

## JUROR QUESTIONNAIRE PRELIMINARY INSTRUCTIONS

Upon your oath or affirmation, you must give true and complete answers to all questions. These questions are not meant to ask unnecessarily about personal matters. Rather, these questions will help the Court determine whether you can be fair and impartial in deciding this case and will also provide information about you as a juror to help the parties select a jury. Part of the selection process depends on your ability and promise to follow the law as it is explained by the Court. Thus, some of the questions include descriptions of legal principles and ask whether you can conscientiously follow them.

All of your responses will remain completely confidential. Do not discuss the questions or answers with anyone, including your fellow jurors. It is extremely important that your answers be your own, individual answers.

This is a criminal prosecution by the United States. The defendants, Redinal Dervishaj, Besnik Llakatura, and Denis Nikolla, are charged in an indictment with criminal offenses. An indictment is simply the means by which the government gives the defendant notice of the charges against him and brings him before the court. The indictment is merely an accusation, and nothing more. It is not evidence and is not to be considered by the jury in arriving at a verdict. In response to the indictment, the defendants pled "not guilty." Each is presumed to be innocent unless and until his guilt has been proven by the government beyond a reasonable doubt. If you are selected as a juror in this case, it will be your duty to determine, based on the evidence presented at the trial, whether the government has proven beyond a reasonable doubt

1

JUROR # _____

that each defendant is guilty of the crimes charged in the indictment. If the government does not meet its burden of proof, you must find the defendant you are considering not guilty.

In this criminal case, all three defendants are charged by way of an indictment with two counts of conspiring to extort a restaurant owner and a social club owner, respectively, in Queens, two counts of attempting to obtain pecuniary gain by extorting said business owners, and two counts of using, carrying, or possessing a firearm in furtherance of their conspiracies and attempted extortion. Defendants Redinal Dervishaj and Denis Nikolla are also charged by way of indictment with an additional count of conspiring to extort a nightclub owner in Queens, one count of attempting to obtain pecuniary gain by extorting said nightclub owner, and one count of using, carrying, or possessing a firearm in furtherance of their conspiracy and attempted extortion. All of the acts allegedly occurred between approximately April 2012 and November 2013.

This is just a summary of the charges to give you some background on the case. The Court will instruct the jury as to the elements of the crimes charged and the applicable law at a more appropriate time during trial.

Please answer each question by placing a check next to the correct response or by providing the information requested. Please try to write as legibly as possible. THE COURT INSTRUCTS YOU NOT TO DISCUSS THE QUESTIONNAIRE OR YOUR ANSWERS WITH YOUR FELLOW JURORS OR ANYONE ELSE.

Remember, there are no "right" or "wrong" answers; just be completely candid and truthful.

2

JUROR # _____

## PART I:  QUESTIONS ABOUT YOUR BACKGROUND
### (Questions 1 through 31)
**Part I asks questions about you and your background, and very general questions about your family.**

1.    Do you have any difficulty reading or understanding English?

□ Yes        □ No

2.    What other languages, if any, do you read or understand?

_____

3.    Do you have any physical problem (for example, sight or hearing difficulties) that would interfere with your ability to serve as a juror?

□ Yes        □ No

If <u>yes</u>, please describe: _____

_____

4.    What is your age: _____

5.    Are you:        □ Male        □ Female

6.    Where were you born? _____

7.    Where were you raised? _____

8.    Where were your parents born? _____

9.    What is your marital status? _____

3

JUROR # _____

10. Where do you live? **(Please do not provide your street address)**

   ❏ Brooklyn   ❏ Queens   ❏ Staten Island   ❏ Nassau   ❏ Suffolk

   City/Town _____   Neighborhood (if any) _____

11. How long have you lived at your current residence? _____

12. What other states, cities or neighborhoods have you lived in during the past 10 years?

   _____

13. How far did you go in school?

   Elementary School    ❏ Yes ❏ No

   High School          ❏ Yes ❏ No   Grade Completed: _____

   College              ❏ Yes ❏ No   Years Completed: _____

   If <u>yes</u>, what was your area of concentration?

   _____

   Graduate or Post Graduate  ❏ Yes   ❏ No   Degree Earned: _____

   If <u>yes</u>, what was your area of concentration?

   _____

   If you are currently a student, what are you studying?

   _____

4

JUROR # _____

14.    Are you: (Check any and all that apply)

Employed full-time?             ❏

Employed part-time?            ❏

Employed with more than one job?  ❏

Work at home?                 ❏

Homemaker?                   ❏

Unemployed/laid off?           ❏

Retired?                      ❏

Disabled and unable to work?    ❏

Student?                     ❏

15.    If you are employed, please answer the following:

(a)    What type of work do you do and what type of business is it?  **(Please do not provide the name or address of your employer)**

_____

_____

(b)    How long have you worked at your present job? _____

(c)    Do you supervise others in your job?

❏ Yes        ❏ No

If <u>yes</u>, for how long have you been a supervisor?  _____

5

JUROR # _____

16.    Are you self-employed?

❏ Yes          ❏ No

If <u>yes</u>, what is the nature of your business? **(Please do not say the name or address of your business)**

_____

17.    If retired or unemployed, how long have you been retired or unemployed, and what type of work did you do previously? **(Please do not say the name or address of your former business)**

_____

_____

18.    If you are married or involved in a long term relationship, please answer the following questions about your spouse/domestic partner:

(a)    Is your spouse/domestic partner employed?

❏ Yes          ❏ No          ❏ N/A

If <u>yes</u>, what type of work/business?  **(Please do not provide the name or address of the employer)**

_____

(b)    If your spouse/domestic partner is retired or not employed, please indicate the type of work he/she did during his/her last period of employment.

_____

6

JUROR # _____

19.    If you have children, please fill out the following chart:

| AGE | GENDER | EDUCATION LEVEL | OCCUPATION |
|-----|--------|-----------------|------------|
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |
| ___ | ___ | _____ | _____ |

20.    What are your hobbies / interests?  What do you like to do in your spare time?

_____

_____

21.    What newspapers, books, magazines or websites do you read or visit on a regular basis?

_____

_____

22.    List any news or opinion-related television, radio, or internet programs that you watch or listen to regularly and note how often you watch or listen to them.

_____

_____

7

JUROR # _____

23.    List any law-enforcement or crime-related television, radio, or internet programs that you watch or listen to regularly and note how often you watch or listen to them.

_____

_____

24.    What recent criminal trials, if any, have you followed on the internet, in the newspapers, or on television?

_____

_____

25.    In the past ten years, what national or local organizations, volunteer groups, or social clubs have you belonged to or supported, including any group that takes a position on any public policy or social issues?

_____

_____

(a)    Have you ever held a position of leadership in any organization or group?

❑ Yes        ❑ No

If yes, please describe the group and your position:

_____

26.    Have you ever sought out positions of leadership at work or with other group activities:

❑ Yes        ❑ No        If yes, how many times? _____

8

JUROR # _____

27.    Other than a relative or friend, please list the person you most admire:

_____

28.    Have you, a family member, or close friend ever worked in any aspect of the legal field as a lawyer, legal secretary, paralegal, investigator, law clerk, judge, court employee, etc.?

❑ Yes          ❑ No

(a)    If yes, what is that person's relationship to you, when and where did they work and what was the occupation?  **(Please do not provide the person's name)**

_____

_____

29.    Have you, a family member, or close friend ever worked for, or applied to work for, any police, law enforcement, private investigator, criminal defense firm, or prosecutor's office?

❑ Yes          ❑ No

(a)    If yes, what is that person's relationship to you, what was the position, and when and where did they work or apply to work?  **(Please do not provide the person's name)**

_____

_____

9

JUROR # _____

30. Have you ever served in the military, including the reserves, National Guard or ROTC?

❑ Yes          ❑ No

(a)    For what country did you serve in the military?  (please check one)

❑    United States
❑    Other (please specify country) _____

(b)    What branch, rank and/or duties did you have?

_____

(c)    Year of discharge from military? _____

(d)    Was an honorable discharge received?

❑ Yes          ❑ No

10

JUROR # _____

31.    Have you ever been a juror?

❏ Yes          ❏ No

(a)    If <u>yes</u>, please complete the chart below:

| Year of Service | State or Federal | Grand Jury or Trial Jury | Criminal or Civil | Was there a verdict (Yes or No only)? |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(b)    Is there anything about your prior jury service that would affect your ability to be a fair and impartial juror in this case?

❏ Yes          ❏ No

If <u>yes</u>, please explain _____

_____

_____

11

JUROR # _____

### PART II: QUESTIONS ABOUT YOUR EXPERIENCES AND BELIEFS
#### (Questions 32 through 44)
**Part II asks questions about experiences you may have had and opinions you may have formed. Again, there are no "right" or "wrong" answers. Please just be as thoughtful and candid as possible.**

32.    Do you have any opinions or beliefs concerning law enforcement in general -- including, the NYPD, the FBI, the Department of Justice, or the Department of Homeland Security -- that would affect your ability to evaluate the evidence in this case fairly and impartially?

❏ Yes          ❏ No

If <u>yes</u>, please explain _____

_____

33.    Have you, or has a family member or close friend, ever been a <u>witness</u> to or the <u>victim</u> of a crime?

❏ Yes (self)    ❏ Yes (friends/family)        ❏ No

If <u>yes</u>, please describe the circumstances surrounding the incident(s) and your relationship to the person(s) involved.  **(Please do not provide the person's name)**

_____

_____

(a)    Was the crime reported to the police or other law enforcement agency?

❏ Yes          ❏ No

(b)    If <u>yes</u>, did law enforcement personnel respond appropriately?

❏ Yes          ❏ No

If <u>no</u>, please explain _____

12

JUROR # _____

34.    Have you, a family member or close friend ever been <u>stopped</u>, <u>questioned</u>, <u>investigated</u>, <u>arrested</u> or <u>prosecuted</u> by any law enforcement officer or agency?

&#10063; Yes (self)    &#10063; Yes (friends/family)        &#10063; No

If <u>yes</u>, do you believe that you or your family member or friend were fairly treated in connection with such matter?

&#10063; Yes            &#10063; No

(a)    If <u>no</u>, please explain your relationship to the person(s) involved and why you believe that you or the person(s) involved were not treated fairly. **(Please do not provide the person's name)**

_____

_____

35.    Have you, a family member or close friend ever been subpoenaed or testified in connection with a court proceeding?

&#10063; Yes (self)    &#10063; Yes (friends/family)        &#10063; No

If <u>yes</u>, please describe the circumstances. **(Please do not provide the person's name)**

_____

_____

13

JUROR # _____

36.   Do you have, or have you ever had, a close friend or family member in prison?

❏ Yes (self)   ❏ Yes (friends/family)      ❏ No

If <u>yes</u>, please describe the circumstances. **(Please do not provide the person's name)**

_____

_____

37.   The Judge presiding over this case is the Honorable Eric N. Vitaliano.  Do you or does any relative or friend know or have any connection with Judge Vitaliano?

❏ Yes        ❏ No

If <u>yes</u>, please explain. **(Please do not provide the person's name)**

_____

_____

38.   Do you or does any relative or close friend of yours know or have any connection with any of the following prosecutors and their assistances, or their relatives or friends?

(a)   Acting United States Attorney Kelly Currie
(b)   Assistant United States Attorney Nadia Shihata
(c)   Assistant United States Attorney Kristin Mace
(d)   Paralegal Sherene Watson

❏ Yes        ❏ No

If <u>yes</u>, please explain _____

_____

14

JUROR # _____

39.  Do you or does any relative or close friend of yours know or have any connection with any of the following law enforcement officers or their relatives or friends?

    (a)    FBI Special Agent Sean Olsewski
    (b)    FBI Special Agent Violet Syku
    (c)    NYPD Detective Joseph Chimienti

❑ Yes       ❑ No

If <u>yes</u>, please explain _____

_____

40.  Do you or does any relative or close friend of yours know or have any connection with any of the defendants, Redinal Dervishaj, Besnik Llakatura, and Denis Nikolla, or their relatives or friends?

❑ Yes       ❑ No

If <u>yes</u>, please explain _____

_____

41.  Do you or does any relative or close friend know or have any connection with any of the following defense attorneys and their assistants, or their relatives or friends?

    (a)    Michael Padden, Esq.
    (b)    Florian Miedel, Esq.
    (c)    Royce Russell, Esq.

❑ Yes       ❑ No

If <u>yes</u>, please explain _____

_____

15

JUROR # _____

42. You may hear testimony from or about the people and places listed on **Attachment A** during the trial. Please turn to **Attachment A** at the end of this packet, and circle the name of any person or place that you know or have any connection with.

Have you read or heard about someone on the list or any of the places mentioned?

❑ Yes    ❑ No

If <u>yes</u>, please explain _____

_____

43. Have you ever been a victim of racial, ethnic or religious prejudice or discrimination?

❑ Yes    ❑ No

If <u>yes</u>, please explain_____

_____

44. The oath you will take if you are selected as a juror is as follows: "I will fairly and impartially evaluate all the evidence in this case without fear or favor toward either the government or the defendant." Is there any reason why you will be unable to follow this oath?

❑ Yes    ❑ No

If <u>yes</u>, please explain_____

16

JUROR # _____

## PART III: QUESTIONS CONCERNING IMPORTANT LEGAL PRINCIPLES
### (Questions 45 through 47)

**Part III explains some of the fundamental legal principles on which the Court will give instructions during the trial. If you believe you may not be able to follow these principles, you must inform the Court through your answers below.**

45.    Each defendant is presumed innocent and cannot be convicted unless the jury, unanimously and based solely on the evidence in this case, decides his guilt has been proven beyond a reasonable doubt. The burden of proving guilt rests entirely with the government. The defendants have no burden of proof at all.

Will you accept and apply this rule of law?

❑ Yes          ❑ No

If <u>no</u>, please explain _____

_____

46.    Several witnesses in this case will be law enforcement officers. A law enforcement witness's testimony is not to be given any more or less weight than any other witness's testimony simply because that witness is a law enforcement officer.

Will you accept and apply this rule of law?

❑ Yes          ❑ No

If <u>no</u>, please explain _____

17

JUROR # _____

47.  The evidence in this case may include audio recordings of conversations and meetings, recorded secretly without the knowledge of the participants in the conversations and meetings.  Before such evidence is received at trial, the Court will have ruled that the evidence was lawfully obtained and may be presented at trial.

Do you have any feelings about the use of audio recordings that were secretly but lawfully recorded, that might affect your ability to consider such evidence fairly?

❑ Yes          ❑ No

If <u>yes</u>, please explain _____

_____

18

JUROR # _____

## PART IV: QUESTIONS CONCERNING THE MEDIA
### (Questions 48 through 50)

48.   Have you read any articles or seen any news programs regarding this case or any of the parties (i.e., the defendant or the lawyers) or heard about the case from any other source?

❏ Yes         ❏ No

If yes, is there anything about what you have heard that would affect your ability to be a fair and impartial juror in this case?

❏ Yes         ❏ No

If yes, please explain _____

_____

49.   This case may receive media attention.  Will you be able to follow the Court's instruction that you are not to watch television, go on the internet, and/or listen to or watch any media coverage regarding this case and that the only information you are permitted to consider is that which is presented in court?

❏ Yes         ❏ No

If no, please explain _____

_____

50.   Will you be able to follow the Court's instruction that you are not to discuss this case with anyone, and are not to use any communication device or medium – such as Facebook, Twitter or blogs – to send or receive information about this case?

❏ Yes         ❏ No

If no, please explain _____

_____

19

JUROR # _____

**Attachment A**

20